**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued January 7, 2008
Decided January 11, 2008

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 07-2475

| | |
|---|---|
| Continental Casualty Co., American Casualty Co. of Reading, Pennsylvania, Transportation Insurance Co., *et al.*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| *Plaintiffs-Appellants*, | No. 06 C 5473 |
| *v.* | Ronald A. Guzman, *Judge*. |
| Staffing Concepts, Inc., Staffing Concepts Nat'l, Inc., Staffing Concepts Int'l, Inc., Ventures Resources Group, LLC, | |
| *Defendants-Appellees*. | |

**O R D E R**

The appeal is DISMISSED for want of appellate jurisdiction. See 9 U.S.C. § 16(a)(1)(A) & (B); *Middleby Corp. v. Hussman Corp.*, 962 F.2d 614, 616 (7th Cir. 1992) (barring appeal when an order denying a petition is "a delay incident to an orderly process"); *IDS Life Ins. Co. v. SunAmerica, Inc.*, 103 F.3d 524, 526-27 (7th Cir. 1996) (extending *Middleby* to denials of an order to arbitrate under 9 U.S.C. § 16(a)(1)(A)). An opinion will follow.